Revised *04/2009*

UNITED STATES BANKUPTCY COURT
EASTERN DISTRICT OF TEXAS

Application (1)

2010 AUG 27 PM 2: 21

IN RE:

| Hall, Jerry and Cindy | 95-41470 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Denton ISD Tax Collector

MAILING ADDRESS: P.O. Box 2387

CITY: Denton   STATE: TX   ZIP: 76202

and that a dividend in the amount of $ 237.36 was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 8.16.10                Julie Simpson
                              Claimant's Signature

Mail to:   United States Bankruptcy Court
110         N. College Avenue, 8th Floor
Tyler,      TX 75702

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☑ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 8·16·10

_Julie Simpson_
Claimant's Signature

**DENTON INDEPENDENT SCHOOL DISTRICT**
Dr. Ray E. Braswell, Superintendent
e-mail: rbraswell@dentonisd.org

1307 N. Locust St.                                    Denton, TX 76201
P. O. Box 2387                                        Denton, TX 76202-2387
940-369-0003                                          Fax: 940-369-4982

August 24, 2010

To Whom It May Concern:

This letter is to serve as evidence for the purpose of unclaimed funds owed to Denton ISD. Denton Independent School District was established under Section 11.002 of the Texas Education Code stating that *"school districts are created in accordance with the laws of the State of Texas"* and the Denton Independent School District is a fully accredited District under the Texas Education Agency. Section 11.151 of the Texas Education Code also states the following in regards to property of a school district:

*(a) The trustees of an independent school district constitute a body corporate and in the name of the district may acquire and hold real and personal property, sue and be sued, and receive bequests and donations or other moneys or funds coming legally into their hands.*

*(c) All rights and titles to the school property of the district, whether real or personal, shall be vested in the trustees and their successors in office. The trustees may, in any appropriate manner, dispose of property that is no longer necessary for the operation of the school district.*

For your convenience I have included Denton ISD's tax payer ID # 75-6001311 and should you need any additional information please feel free to contact my office at 940-369-0002 or Mrs. Debbie Monschke, Executive Director of Budget and Finance at 940-369-0010.

Sincerely,

*Ray Braswell*
Dr. Ray Braswell
Superintendent