Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

---

Bankruptcy Proceeding No.: 95−41470
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jerry Leel Hall | Cindy Lou Hall |
| 3939 Teasley Lane, Lot 363 | dba Jerry's Distributing |
| Denton, TX 76205 | 3939 Teasley Lane, Lot 363 |
| | Denton, TX 76205 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−5917                                xxx−xx−4486

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 11/2/10 at 11:00 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)[38] Application for Payment of Dividend from Unclaimed Funds in the Amount Of $237.36 Filed by Denton ISD Hearing scheduled for 11/2/2010 at 11:00 AM at Plano Bankruptcy Courtroom. (Denning, Marianne)

Dated: 10/6/10

Jeanne Henderson
Clerk, U.S. Bankruptcy Court

BY:
Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0540-4           User: denningm              Page 1 of 1              Date Rcvd: Oct 06, 2010
Case: 95-41470                 Form ID: 100                Total Noticed: 32
```

The following entities were noticed by first class mail on Oct 08, 2010.
```
db/db       +Jerry Leel Hall,   Cindy Lou Hall,   3939 Teasley Lane, Lot 363,   Denton, TX 76210-8449
ust         +US Trustee,   Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,
             Tyler, TX 75702-7231
cr          +Denton ISD,   P O Box 2387,   Denton, TX 76202-2387
836879      +Attorney General of Texas,   Taxation Division - Bkrpcy,   Box 12548, Capitol Station,
             Austin, TX 78711-2548
836884      +Attorney General of the United States,   Department of Justice,   Tenth & Constitution Aves.,
             Washington, DC 20530-0001
836870      +Atty. Tom Jester,   515 S. Carroll Blvd., Suite A,   Denton, Texas 76201-7450
836867      +Barbar J. Emmett,   c/o Atty. Dick Kelsey,   111 W. McKinney,   Denton, Texas 76201-4129
836875      +Britt Marie Schultz,   a/k/a Britt Marie Cox,   c/o Atty. Dick Kelsey,   111 W. McKinney,
             Denton, Texas 76201-4129
836874      +Brook Selee Schultz,   a/k/a Brook Selee Durbin,   c/o Atty. Dick Kelsey,   111 W. McKinney,
             Denton, Texas 76201-4129
836862      +CRW Financial,   P.O. Box 833804,   Richardson, Texas 75083
836885      +City of Denton Tax Collector,   215 E. McKinney,   Denton, TX 76201-4229
836861       Consumer Credit Counseling Service of,   Greater Dallas, Inc.,
             8737 King George Drive, Suite 200,   Dallas, Texas 75235-2273
854614      +County of Denton,   c/o Michael Reed,   P. O> Box 26990,   Austin, TX 78755-0990
836865      +Denton County Tax Collector,   P.O. Box 947 - 300 E. McKinney,   Denton, TX 76202-0947
895807       Denton ISD,   c/o Elizabeth Weller,   233 Bryan Str. Ste 1720,   Dallas, TX  75210
836863      +Denton ISD Tax Collector,   P.O. Box 1249,   Denton, Texas 76202-1249
836864      +Denton ISD Tax Collector,   % Denton Central Appraisal District,   P.O. Box 90206 - 3911 Morse,
             Denton, TX 76202
836883      +District Director, IRS,   Attn: "Special Procedures:gw",   Code 5020 DAL,   1100 Commerce,
             Dallas, TX 75242-1001
836860      +Justin E. Aurbach, D.D.S., Inc.,   5925 Forest Lane, Suite 314,   Dallas, Texas 75230-2775
836869      +Kro-Dal Credit Union,   8585 N. Stemmons Frwy.,   Dallas, Texas 75247-3836
836871      +Las Colinas Federal Credit Union,   Attn: Vonda Burkhart,   P.O. Box 152072,   Irving, TX 75015
836872      +Minor & Jester,   515 S. Carroll Blvd., Suite A,   P.O. Box 280,   Denton, Texas 76202-0280
836873      +Payne Tire Company,   520 Ft. Worth Drive,   Denton, Texas 76201-7133
854600      +Richard H. Kelsey,   Attorney,   111 W. McKinney,   Denton, TX 76201-4129
836877      +Sears, Roebuck & Company,   P.O. Box 29210,   Phoenix, AZ 85038-9210
836876      +Sears, Roebuck & Company,   P.O. Box 5,   Boise, ID 83707-0005
836881      +State Comptroller of Public Accounts,   Capitol Station,   Austin, TX 78774-0001
836878      +U Stor Mini Warehouses/Short Storage,   P.O. Box 50225,   Denton, Texas 76206-0225
836882       United States Attorney,   Eastern District of Texas,   Suite 600, Interfipst Plaza Tower,
             Tyler, TX  75702
```
The following entities were noticed by electronic transmission on Oct 07, 2010.
```
836866       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2010 03:55:11     Discover Card Services,
             P. O. Box 8003,   Hilliard, OH  43026
836868      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2010 04:04:05     GreenTree Financial Servicing Corp.,
             1600 E. Pioneer Pkwy., Suite 300,   Arlington, Texas 76010-6562
836880      +E-mail/Text: redpacer@twc.state.tx.us                            Texas Employment Commission,
             T.E.C. Bldg. - Tax Dept.,   Austin, TX 78778-0001
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           City of Denton
cr           County of Denton
836887*     +Denton County Tax Collector,   P.O. Box 947 - 300 E. McKinney,   Denton, TX 76202-0947
836886*     +Denton ISD Tax Collector,   % Denton Central Appraisal District,   P.O. Box 90206 - 3911 Morse,
             Denton, TX 76202
                                                                                             TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 08, 2010**          Signature:    _Joseph Speetjens_